Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __Illinois, Eastern Div__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual   12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Duke and Duke Management, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Trust Lending Group

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   4 5 - 5 1 6 1 4 0 9
   EIN

5. **Debtor's address**

   **Principal place of business**

   140 S. 19th Avenue
   Number    Street

   _____

   Melrose Park          IL    60118
   City                  State  ZIP Code

   Cook
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City         State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City         State   ZIP Code

Debtor    Duke and Duke Mangement LLC _____    Case number (if known)_____
            Name

6. **Debtor's website** (URL)    www.dukeofdoors.com  and related  www.trustlendingcorp.com

7. **Type of debtor**
    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**
    Check one:
    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the types of business listed.
    ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
    ☒ No
    ☐ Yes. Debtor _____    Relationship _____
        District _____    Date filed _____    Case number, if known _____
                                  MM / DD / YYYY

        Debtor _____    Relationship _____
        District _____    Date filed _____    Case number, if known _____
                                  MM / DD / YYYY

## Part 3:  Report About the Case

10. **Venue**
    Check one:
    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**
    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:
    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor   Duke and Duke Management LLC d/b/a    Case number (if known) _____
         Trust Lending Group

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Geraldine Ziemke Trust | Money Loaned | $ 1,000,000.00 |
| Geraldine Ziemke, individually | | $ |
| | | $ |
| | Total of petitioners' claims | $ 1,000,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**  |  **Attorneys**

Name and mailing address of petitioner

Geraldine Ziemke Trust by Geraldine Ziemke    Dennis M. Shertoli
Name                                          Printed name

                                              Sbertoli Law Office
                                              Firm name, if any

430 Devon Drive                               PO Box 1482
Number    Street                              Number    Street

Burr Ridge,        IL        60527            La Grange Park        IL        60526
City               State     ZIP Code         City                  State     ZIP Code

Name and mailing address of petitioner's representative, if any

                                              Contact phone  708 579-9724  Email dsbert4978@aol.com

Name
                                              Bar number  3128965

Number    Street
                                              State       Illinois

City               State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/04/2022
             MM / DD / YYYY

X  /s/ Geraldine Ziemke                       X  /s/ Dennis M. Sbertoli
Signature of petitioner or representative,       Signature of attorney
including representative's title
                                              Date signed  05/04/2022
                                                           MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor  Duke and Duke Mangement, LLC                         Case number (if known) _____
        Name

**Name and mailing address of petitioner**

Geraldine Ziemke, individually
Name

430 Devon Drive
Number  Street

Burr Ridge,            IL        60527
City                   State     ZIP Code

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ *Geraldine Ziemke* (signature)
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

Official Form 205         Involuntary Petition Against a Non-Individual         page 4