**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 22-05617 |
| DUKE and DUKE MANAGEMENT ) | Judge: David D. Cleary |
| LLC ) | Chapter: 7 |
| ) | Trustee: Patrick S. Layng |
| Debtor. ) | |

**DEBTOR DUKE AND DUKE MANAGEMENT LLC'S**
**ANSWER AND OBJECTION TO**
**INVOLUNTARY PETITION**

NOW COMES DUKE AND DUKE MANAGEMENT LLC, by and through its attorneys, GRIFFIN WILLIAMS McMAHON & WALSH, LLP, and for its Answer and Objection to the Chapter 7 Involuntary Petition filed herein, states as follows:

1. Admitted that a Petition has been filed under Chapter 7 of the Bankruptcy Code.

2. Denied. Debtor's name does not include a comma between the words "Management" and "LLC."

3. Admitted.

4. Admitted.

5. Admitted.

6. Upon information and belief, denied.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Denied. Answering party lacks sufficient information to form a belief as to the truth of the allegation and therefore denies same.

1

12. Denied. Answering party lacks sufficient information to form a belief as to the truth of the allegation and therefore denies same.

13. Denied.

## **OBJECTIONS**

1. Debtor objects to the Petition on the basis that Petitioning Creditor may not be eligible to file the alleged Petition pursuant to 11 U.S.C. § 303(b) as any claims are contingent as to liability and/or are the subject of a bona fide dispute as to liability or amount.

2. Debtor objects to the Petition to the extent Petitioner has filed the alleged Petition in bad faith, with an improper motive or for an improper purpose.

2. Debtor objects to the Petition to the extent Petitioner has failed to state a claim for which relief may be granted.

WHEREFORE, Debtor respectfully requests that this Honorable Court dismiss the Petition and award such other and further relief as is just and proper.

Respectfully Submitted,

DUKE and DUKE MANAGEMENT LLC

  /s/  Patrick M. Griffin
        Patrick M. Griffin

Patrick M. Griffin
ARDC# 6229361
GRIFFIN WILLIAMS McMAHON & WALSH, LLP
21 N. 4th St.
Geneva, IL 60134
Phone: (630) 524-2566
Email: pgriffin@gwmwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on  July 11, 2022  , I electronically filed the foregoing **Debtor's Answer and Objection to Involuntary Petition** with the Clerk of the Court using the CM/ECF system and thereby electronically served the following counsel of record:

**Petitioning Creditor**
c/o Dennis M. Sbertoli
Sbertoli Law Office
P.O. Box 1482
LaGrange Park, IL 60526
Email: dsbert4978@aol.com
Phone: 708-579-9724

**U.S. Trustee**
c/o Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Chicago, IL 60604
Phone: 312-886-5785

/s/ Patrick M. Griffin
Patrick M. Griffin