# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | David D. Cleary | **Hearing Date** | May 17, 2023 |
| **Bankruptcy Case No.** | 22bk05617 | **Adversary No.** | |
| **Title of Case** | Duke and Duke Management, LLC | | |

**Brief Statement of Motion**: Motion to appoint Trustee and relief.   dkt.# 28

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

IT IS HEREBY ORDERED; For the reasons stated on the record the Motion to appoint Trustee is MOOT.

*/s/ David D. Cleary* /PB